WHETHER THE NMCCA MISAPPLIED THIS COURT'S HOLDINGS IN *UNITED STATES v. FOSLER* AND *UNITED STATES v. WATKINS* IN FINDING THAT, DESPITE FAILING TO EXPRESSLY ALLEGE THE TERMINAL ELEMENT, THE ARTICLE 134 SPECIFICATION HERE STATES AN OFFENSE.

No briefs will be filed under Rule 25.

No. 12–0195/AR. U.S. v. Chad E. Gibbs. CCA 20110083. Review granted on the following issue:

WHETHER SPECIFICATIONS 1-4 OF CHARGE III FAIL TO STATE AN OFFENSE BECAUSE THEY DO NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENTS OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

